IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MENDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>DERRAL ADAMS, Warden, California Substance Abuse Treatment Facility and State Prison,<br><br>    Respondent.<br>_____/ | No. C 03-00022 WHA<br><br>**REQUEST FOR SUPPLEMENTAL BRIEFING** |

The Court invites petitioner and respondent to brief, in five pages or less, these issues:

1. What *res judicata* effects, if any, do petitioner's past convictions under Penal Code sections 288(a) and 243.4 have on this case? Does proof of those offenses beyond a reasonable doubt contradict the argument that jury instructions 2.50.01 and 2.50.1 permitted conviction on a mere preponderance of the evidence basis?

2. Was petitioner improperly convicted if the jury based its verdict solely on his past convictions and the related inference that he was disposed to commit similar sexual crimes?

3. Did petitioner exhaust his state remedies with regard to his claims that (a) his rights were violated by jury instructions 2.50.01 and 2.50.1, and (b) his rights were violated because the jury may have convicted him solely on the basis of his past convictions and alleged disposition to commit similar crimes?

**United States District Court**
For the Northern District of California

Each party may submit opposition briefs of up to two pages each. The initial briefs shall be filed by noon, November 7, 2005. The opposition briefs shall be filed by noon, November 14, 2005.

**IT IS SO ORDERED.**

Dated: October 28, 2005

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE