United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MENDEZ,

Petitioner,

v.

DERRAL ADAMS, Warden, California Substance Abuse Treatment Facility and State Prison,

Respondent.

_______________________________________/

No. C 03-00022 WHA

**ORDER RE BRIEFING ON MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Respondent has until noon, February 7, 2006, to file a response to petitioner's motion for extension of time to file notice of appeal. The motion will be decided on the papers after that time.

**IT IS SO ORDERED.**

Dated: January 31, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE